[No. 22380-9-III. Division Three. October 26, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN DONALD LORENTZEN, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-1-00412-1, Salvatore F. Cozza, J., entered September 2, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Kurtz, J.

[No. 22545-3-III. Division Three. October 26, 2004.]

NORTH DIVISION COMPLEX, L.L.C., ET AL., *Respondents*, v. SPOKANE COUNTY, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 03-2-03603-4, Linda G. Tompkins, J., entered October 22, 2003. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Schultheis and Brown, JJ.

[Nos. 19783-2-III; 22172-5-III. Division Three. October 28, 2004.]

DAVID M. ESTES, *Appellant*, v. A AAMERICAN LIMOUSINE CORP., ET AL., *Respondents*.

Appeals from judgments of the Superior Court for Spokane County, No. 97-2-07682-4, Gregory D. Sypolt and Jerome J. Leveque, JJ., entered December 13, 2000 and June 6, 2003. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Kato, C.J., and Schultheis, J.

[No. 20899-1-III. Division Three. October 28, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. SHELLY MARIE OSE, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 01-1-02113-4, Gregory D. Sypolt, J., entered February 13, 2002. *Reversed* by unpublished opinion per Brown, J., concurred in by Sweeney, A.C.J., and Kurtz, J.